AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| THOMAS RITCHIE STONE | ) | Case No. 13-8031-WM |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

FILED by _____ D.C.

JAN 2 2 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 10, 2013_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| Title 18, United States Code Section 2113(a) | Bank robbery |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Special Agent Eric A. Rivera, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __January 22, 2013__

_____
_Judge's signature_

City and state: _____West Palm Beach, Florida_____

U.S. Magistrate Judge William Matthewman
_Printed name and title_

## AFFIDAVIT
## Case no: 13-8031-WM

I, Eric A. Rivera, being duly sworn, state as follows:

I am a Special Agent of the Federal Bureau of Investigation ("FBI"), assigned to the West Palm Beach, Florida, Resident Agency. I have served as a Special Agent for approximately 20 years.

The following information is based upon investigation conducted by me, or by other law enforcement officers and relayed to me.

On January 10, 2013, at approximately 9:37 a.m., THOMAS RITCHIE STONE entered the Wells Fargo Bank located at 1662 South Congress Avenue, Palm Springs Florida, in the Southern District of Florida.   STONE approached a bank teller's window, placed a back pack on the counter in front of the teller, announced, "This is a robbery," and demanded cash.   As a result, the bank teller handed STONE approximately $931.00 in United States currency, which STONE placed in the back pack, and then fled in a waiting taxi cab.

Law enforcement was able to locate the cab and cab driver, who stated that he had picked up a passenger, driven him to the Wells Fargo Bank, waited while the passenger was inside the bank, and then drove the passenger from the bank to the 2300 block of Dolan Road, where he dropped the passenger off.   Officers from the Palm Springs Police Department then located STONE walking in the 2300 block of Dolan Road.   STONE matched the description of the robber given by the bank teller, and was carrying a back pack.   Law enforcement took STONE into custody, and he was later identified by the

1

bank teller as the robber. Inside the defendant's back pack, officers found over $900.00 in United States currency, as well as a hat and a pair of sunglasses that the defendant wore during the robbery. Officers also recovered a surveillance video from Wells Fargo Bank, which showed the defendant wearing the same hat and sunglasses at the bank teller's window, receiving cash.

Wells Fargo Bank and its deposits are insured by the Federal Deposit Insurance Corporation (FDIC) and were so insured at the time of the robbery on January 10, 2013.

Based on the foregoing, I submit that there is probable cause to believe that THOMAS RITCHIE STONE did by take, by intimidation, from the person and presence of an employee of the Wells Fargo Bank, approximately $931.00, in United States currency, belonging to, and in care, custody, control and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in so doing, in violation of Title 18, United States Code, Section 2113(a).

ERIC A. RIVERA
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION


Sworn to and subscribed before
me this_____day of January 2013
in West Palm Beach, Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.  13-8031-WM

**UNITED STATES OF AMERICA**

**vs.**


**THOMAS RITCHIE STONE,**
                              **Defendant.**
_____/


## CRIMINAL COVER SHEET


1.   Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?     ____ Yes __X__ No

2.   Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?     ____ Yes _X__ No


                         Respectfully submitted,

                         WIFREDO A. FERRER
                         UNITED STATES ATTORNEY

            BY:   _____
                         Susan R. Osborne
                         Assistant United States Attorney
                         Court No. A5500797
                         500 South Australian Ave, Suite 400
                         West Palm Beach, Florida   33410
                         TEL (561) 209-1003